JEHOVAH'S WITNESSES IN THE STATE OF WASHINGTON ET AL. *v.* KING COUNTY HOSPITAL UNIT NO. 1 (HARBOR-VIEW) ET AL.

No. 1111.   Decided April 8, 1968.

*Victor V. Blackwell, Daniel Brink* and *Kenneth S. Jacobs* for appellants.

*John J. O'Connell,* Attorney General of Washington, *James B. Wilson,* Assistant Attorney General, and *James E. Kennedy* for appellees.

PER CURIAM.

The judgment is affirmed, *Prince* v. *Massachusetts,* 321 U. S. 158.

MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN would note probable jurisdiction and set the case for oral argument.